UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARTA TORRES CRUZ

V                                              3:02CV2270 JCH

IMMIGRATION AND NATURALIZATION
SERVICE

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's petition for writ of habeas corpus.

The Court issued a Ruling on Petition For Writ Of Habeas Corpus on December 5, 2003, denying the petition.

Therefore, it is ORDERED and ADJUDGED that the petition is denied and the case is closed.

Dated at Bridgeport, Connecticut, this 18th day of February, 2004.


KEVIN F. ROWE, Clerk

By   /s/ Catherine Boroskey
         Deputy Clerk

Entered on Docket _____